BTXN 208 (rev. 07/09)

IN RE: John Nathan Saeger and Julie Diane Saeger     Trustee's Motion to Dismiss     Case # 05–94182–rfn13

**DEBTOR**

**TYPE OF HEARING**

Tim Truman, Chapter 13 Trustee     *VS*     John Nathan Saeger and Julie Diane Saeger

**PLAINTIFF / MOVANT**     **DEFENDANT / RESPONDENT**

Angela Allen     St. Clair Newbern III

**ATTORNEY**     **ATTORNEY**

**EXHIBITS**

2. Debtors' Modified Chapter 13 Plan (docket 157)

3. Payment history from Chapter 13 Trustee

J. Calfee     5/6/2010     Russell F. Nelms

REPORTED BY     HEARING DATE     JUDGE PRESIDING